1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org

6 Attorneys for Mr. Rivera-Martinez

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2405 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| AGUSTIN RIVERA-MARTINEZ, | ) | |
| Defendant. | ) | |

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                          Respectfully submitted,

Dated: August 12, 2008         *s/ James M. Chavez*
                                          Federal Defenders of San Diego, Inc.
                                          *james_chavez@fd.org*

1  **JAMES M. CHAVEZ**
California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
james_chavez@fd.org
5

6  Attorneys for Mr. Rivera-Martinez

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   Case No. 08mj2405
                                      )
12 |        Plaintiff,                )
                                      )
13 | v.                               )   **PROOF OF SERVICE**
                                      )
14 | **AGUSTIN RIVERA-MARTINEZ**,     )
                                      )
15 |        Defendant.                )
                                      )
16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20          ASSISTANT UNITED STATES ATTORNEY
            Efile.dkt.gc1@usdoj.gov
21

22 Dated: August 12, 2008                          _s/ James M. Chavez_____
                                                   JAMES M. CHAVEZ
23                                                 Federal Defenders of San Diego, Inc.,
                                                   225 Broadway, Suite 900
24                                                 San Diego, CA 92101-5030
                                                   (619) 234-8467  (tel)
25                                                 (619) 687-2666  (fax)
                                                   e-mail: james_chavez@fd.org
26

27

28