```
                                    FILED
                                   AUG 2 8 2008
                              CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 2890-JAH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |
| AGUSTIN IVAN RIVERA-MARTINEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about August 1, 2008, within the Southern District of California, defendant AGUSTIN IVAN RIVERA-MARTINEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: 8/28/08 .

KAREN P. HEWITT
United States Attorney

*[signature]*
SABRINA L. FEVE
Assistant U.S. Attorney

SLF:es:San Diego
8/8/08